# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) | **Related to Docket Nos. 1928, 1939** |

## <u>ORDER STAYING LITIGATION AGAINST THE PORTFOLIO COMPANIES UNDER 11 U.S.C. § 105 AND 11 U.S.C. § 362</u>

Upon consideration of the *Motion for an Order Staying Litigation Against the Portfolio Companies Under 11 U.S.C. § 105 and 11 U.S.C. § 362* (the "<u>Motion</u>") of certain Portfolio Companies of the above-captioned Debtors;[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and this Court having determined that the relief sought in the Motion is in the bests interests of the Debtors' estates, their creditors, the Portfolio Companies, and other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED:**

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meanings attributed to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The automatic stay of 11 U.S.C. § 362 is extended to the 14 State Court Actions against the 12 Portfolio Companies filing the Motion, and the litigation of those actions is hereby enjoined.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

_Ka B. O._

**Dated: October 29th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**