Christopher J. Clark
Direct Dial: +1.212.906.1350
chris.clark@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

December 7, 2021

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Joint Status Report: Case Nos. 20-cv-6552, -6554, -6556, 6860, -6868, -6876, -6899, -6905, and -6946**

Dear Judge Carter:

      I write as counsel for the Defendants[1] in each of the above-captioned matters, with the consent of counsel for all Plaintiffs in these matters ("Plaintiffs") to provide the joint status report requested by Your Honor in the Court's order of September 8, 2021.[2]

      As the Court is aware, on October 29, 2020, the Honorable Karen B. Owens of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order (the "Stay Order") in the Chapter 11 Bankruptcy proceedings captioned *In re Zohar III, Corp., et al.*, Case No. 18-10512 (KBO) (Bankr. D. Del), extending the automatic stay of 11 U.S.C. § 362 to the above-captioned actions, and enjoining further litigation of these actions.

      With the consent of counsel for Plaintiffs, the undersigned counsel submitted a letter motion to the Court on November 2, 2020, notifying Your Honor of the Bankruptcy Court's Stay Order, and requesting an order staying all litigation in the above-captioned actions for so long as

---

[1] The following entities are Defendants in the above-captioned actions: Intrepid U.S.A., Inc., Glenoit Universal, Ltd., Ex-Cell Home Fashions, Inc., Glenoit, LLC, Snelling Holdings, LLC, Core Solutions, LLC, Snelling Employment, LLC, Snelling Investments Inc., Snelling Medical Staffing, LLC, Snelling Staffing, LLC, Snelling Services, LLC, Snelling Employment Solutions, LLC, UI Acquisition Holding Co., UI Holding Co., Hover-Davis, Inc., Universal Instruments Corp., Vulcan Engineering Co., Industrial Heating & Finishing Company, Inc., Vantage Tooling Systems, Inc., Vulcan Equipment Corp., Vulcan Europe, Inc., Gorham Paper and Tissue, LLC (which has filed a Chapter 11 Voluntary Petition in the United States Bankruptcy Court for the District of Delaware (Case No. 20-12814)), Scan-Optics, LLC, 180s, Inc., IMG Holdings, Inc., Dana Classic Fragrances, Inc., Inter-Marketing Group, Inc., Dana Fragrance Brands, LLC, IMG Fragrance Brands, LLC, and St. Honore Holding, Inc.

[2] Also subject to Your Honor's Order was the action captioned *Patriarch Partners Management Group, LLC, et al. v. FSAR Holdings, Inc. et al.*, Case No. 1:20-cv-06814-ALC.  Plaintiffs in that action filed a notice of voluntary dismissal with prejudice on December 7, 2021.  (ECF No. 18).

Case 1:20-cv-06556-ALC   Document 35   Filed 12/07/21   Page 2 of 2

December 7, 2021
Page 2

LATHAM&WATKINS<sup>LLP</sup>

the Stay Order is in effect. On November 6, 2020, the Court granted this motion. Pursuant to Your Honor's orders of November 6, 2020, March 3, 2021, and June 8, 2021, the parties submitted joint status reports on February 4, 2021, June 7, 2021, and September 7, 2021 advising the Court of the status of the underlying Bankruptcy Proceedings, including the Stay Order.

On September 8, 2021, Your Honor ordered that the parties file another joint status report in the above-referenced matters. The parties submit that the Bankruptcy Proceedings are still pending, and that the Stay Order remains in effect, and is not subject to any appeal or modification.

Respectfully submitted,

/s/ Christopher J. Clark
Christopher J. Clark
of LATHAM & WATKINS LLP

*Counsel for the Defendants*

cc:   All Counsel of Record (via ECF)